PHILLIP A. TALBERT
Acting United States Attorney
STEVEN S. TENNYSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2798
Facsimile: (916) 554-2900

Attorneys for United States

FILED
Apr 13, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, WASHINGTON, the Commonwealth of MASSACHUSETTS, the Commonwealth of VIRGINIA, the Commonwealth of PUERTO RICO, the DISTRICT OF COLUMBIA, the City of CHICAGO, the City of HALLANDALE BEACH, BROWARD COUNTY, MIAMI-DADE COUNTY, the PEOPLE OF CALIFORNIA, and the PEOPLE OF ILLINOIS,<br><br>Plaintiffs,<br><br>*Ex rel.*<br>Vyvanse Litigation Partnership LLP,<br><br>Plaintiff-Relator,<br><br>v.<br>TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS, U.S.A., INC., TAKEDA PHARMACEUTICALS AMERCA, INC., SHIRE NORTH AMERICAN GROUP, INC., SHIRE PHARMACEUTICALS, LLC, SHIRE U.S., INC., SHIRE DEVELOPMENT LLC, SHIRE LLC, and SHIRE PLC,<br><br>Defendants. | CASE NO. 2:19-CV-1472 JAM DB<br><br>**THE GOVERNMENT'S NOTICE OF ELECTION TO DECLINE INTERVENTION** |

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id*.  The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the United States has the right only to a hearing when it objects to a settlement or dismissal of the action.  *U.S. ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959 (9th Cir. 1995); *U.S. ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25 (9th Cir. 1994).  Therefore, the United States requests that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel.  The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim.  The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed.  The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

//
//
//
//
//

1  A proposed order accompanies this notice.

2  Dated: April 13, 2021                           Respectfully submitted,
                                                  PHILLIP A. TALBERT
3                                                 Acting United States Attorney

4                                       By:       /s/ Steven S. Tennyson
                                                  STEVEN S. TENNYSON
5                                                 Assistant United States Attorney

6                                                 *Attorneys for United States of America*

THE GOVERNMENT'S NOTICE OF                                                         3
ELECTION TO DECLINE INTERVENTION