ROB BONTA
Attorney General of California
VINCENT DICARLO
Supervising Deputy Attorney General
JENNIFER S. GREGORY, State Bar No. 228593
Deputy Attorney General
 2329 Gateway Oaks Drive, Suite 200
 Sacramento, CA 95833
 Telephone: (916) 621-1823
 Fax: (916) 274-2929
 E-mail: Jennifer.Gregory@doj.ca.gov

*Attorneys for Plaintiff State of California*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* Vyvanse Litigation Partnership LLP,<br><br>Plaintiffs,<br><br>v.<br><br>TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS, U.S.A., INC., TAKEDA PHARMACEUTICALS AMERCA, INC., SHIRE NORTH AMERICAN GROUP, INC., SHIRE PHARMACEUTICALS, LLC, SHIRE U.S., INC., SHIRE DEVELOPMENT LLC, SHIRE LLC, and SHIRE PLC,<br><br>Defendants. | Case No. 2:19-CV-1472 JAM DB<br><br>**STATE OF CALIFORNIA'S NOTICE OF ELECTION TO DECLINE INTERVENTION** |

Pursuant to the California False Claims Act, California Government Code section 12652, subdivision (c)(6)(B), the State of California ("California"), by and through its counsel, Rob Bonta, Attorney General, and Jennifer S. Gregory, Deputy Attorney General, respectfully notifies the Court of its decision to decline intervention in the above-captioned action.

Although California declines to intervene, California requests that should either the *qui tam* Plaintiff or any of the Defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit California's written consent before ruling or granting its approval.

Pursuant to California Government Code section 12652, subsection (f)(1), California also requests that, should this case continue, the parties serve copies of all pleadings, motions, and appeals subsequently filed in this action upon California, and California further reserves the right to order any deposition transcripts, to intervene in the action for good cause shown at a later date, and/or to seek the dismissal of the *qui tam* Plaintiff's action or claims. California also requests that it be served with all notices of appeal.

California has conferred with counsel for each of the named plaintiff States of Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Maryland, Michigan, Minnesota, Montana, Nevada, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Vermont, and Washington; Commonwealths of Massachusetts, Virginia, and Puerto Rico; and the District of Columbia (hereinafter "States") regarding this Notice. The States have asked to join California's Notice of Election to Decline Intervention. To the extent the False Claims Act of any of the individual named plaintiff States provides for the continued service of pleadings or other documents upon counsel for the plaintiff States, those States request that they continue to receive such documents.

At the request of the State of Maryland, California conveys the following information. The Maryland False Health Claims Act provides that 'If the State does not elect to intervene and proceed with the action . . . before unsealing the complaint, the court shall dismiss the action.' Md. Code Ann., Health Gen, § 2-604 (a)(7). Accordingly, the State of Maryland requests that all claims asserted on behalf of the State of Maryland be dismissed without prejudice.

A proposed Order accompanies this Notice.

Dated: April 29, 2021  Respectfully submitted,

ROB BONTA
Attorney General of California

*/s/ Jennifer S. Gregory*

———————————————
JENNIFER S. GREGORY
Deputy Attorney General
*Attorneys for Plaintiff State of California*