ROB BONTA
Attorney General of California
VINCENT DICARLO
Supervising Deputy Attorney General
JENNIFER S. GREGORY, State Bar No. 228593
Deputy Attorney General
 2329 Gateway Oaks Drive, Suite 200
 Sacramento, CA 95833
 Telephone: (916) 621-1823
 Fax: (916) 274-2929
 E-mail: Jennifer.Gregory@doj.ca.gov

*Attorneys for Plaintiff State of California*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, *et al.*, *ex rel.* Vyvanse Litigation Partnership LLP, <br><br>  Plaintiffs, <br><br> v. <br><br> TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS, U.S.A., INC., TAKEDA PHARMACEUTICALS AMERCA, INC., SHIRE NORTH AMERICAN GROUP, INC., SHIRE PHARMACEUTICALS, LLC, SHIRE U.S., INC., SHIRE DEVELOPMENT LLC, SHIRE LLC, and SHIRE PLC, <br><br>  Defendants. | Case No. 2:19-CV-1472 JAM DB <br><br> **ORDER ON STATE OF CALIFORNIA'S NOTICE OF ELECTION TO DECLINE INTERVENTION** |
|---|---|

The State of California ("California"), having declined to intervene in this action, and pursuant to California's False Claims Act, California Government Code section 12650, *et seq.*, the Court rules as follows.

IT IS HEREBY ORDERED that:

1. The *qui tam* Plaintiff shall serve the Complaint upon the Defendants.

2. The *qui tam* Plaintiff shall serve this Order and the accompanying Notice of Election to Decline Intervention upon the Defendants after service of the Complaint.

3. The parties shall serve all pleadings, motions, and appeals filed in this action, including supporting memoranda, upon California and the other named plaintiff States.

4. All orders of this Court shall be sent to California and the other named plaintiff States.

5. California and the other named plaintiff States may order any deposition transcripts, intervene at a later date for good cause shown, or move to dismiss *qui tam* Plaintiff's Complaint or claims.

6. With respect to Maryland, and in accordance with the terms of the Maryland False Health Claims Act, Md. Code Ann., Health Gen, § 2-604 (a)(7), the State of Maryland having declined to intervene in this matter, all claims asserted on behalf of Maryland are hereby dismissed without prejudice.

7. Should the *qui tam* Plaintiff or any Defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide California and the other named plaintiff States with notice and an opportunity to be heard before ruling or granting its approval.

DATED: April 29, 2021  /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE