## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **VYVANSE LITIGATION PARTNERSHIP LLP,** | **JUDGMENT IN A CIVIL CASE** |
| v. | CASE NO: **2:19–CV–01472–JAM–DB** |
| **TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL.,** |  |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/2/2021

                                          **Keith Holland**
                                          Clerk of Court

ENTERED: **September 2, 2021**

                          by: /s/ G. Michel
                                  Deputy Clerk